IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| JOSEPH F. BISSETT and<br>AMY R. BISSETT,<br>    Debtors. | : | No. 18-00983-RNO |
| JOSEPH F. BISSETT and<br>AMY R. BISSETT,<br>    Movants,<br>v.<br>PNC BANK, N.A.,<br>    Respondent. | : | |

## ORDER

**AND NOW,** upon consideration of the Debtor's Objection to Proof of Claim Number 5, and after notice and hearing, it is hereby ORDERED that the Objection to the Proof of Claim is GRANTED and AMENDING the amount of pre-petition arrears owed to Respondent PNC in Claim Number 5 from $56,939.52 to $40,047.84.

Dated: October 30, 2018

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)