# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joseph F. Bissett Jr.     BK NO. 18-00983 HWV
        Amy R. Bissett

                Debtor(s)        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                Respectfully submitted,

                /s/ *Rebecca Solarz*
                Rebecca Solarz
                10 Nov 2020, 16:27:44, EST

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                215-627-1322

Case 1:18-bk-00983-HWV    Doc 59    Filed 11/11/20    Entered 11/11/20 10:49:10    Desc
Main Document      Page 1 of 1
Document ID: adf6e0c490662b8628a337e70d7af11da91958eb2a213fd42b27fa74ea6a178b