Certificate Number: 14912-PAM-DE-035634890

Bankruptcy Case Number: 18-00983


14912-PAM-DE-035634890

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2021, at 8:30 o'clock PM EDT, Amy Bissett completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 3, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor