# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Joseph F Bissett, Jr
     Amy R Bissett

                         Case No.: 1-18-00983HWV

                         Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PNC NA |
| Court Claim Number: | 5 |
| Last Four of Loan Number: | 2237 |
| Property Address if applicable: | 7 S Sycamore St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $40,047.84 |
| b. | Prepetition arrearages paid by the trustee: | $40,047.84 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $40,047.84 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  February 23, 2023

                                                Respectfully submitted,

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:     Joseph F Bissett, Jr
         Amy R Bissett                                           Case No.: 1-18-00983HWV

                                                                                 Chapter 13

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 23, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Thomas Masciocchi, Esquire
Keaveney Legal Group
1000 Maplewood Dr Suite 202
Maple Shade NJ 08052-1931

**Served by First Class Mail**
PNC NA
Att: Bankruptcy
3232 Newmark Dr
Miamisburg OH 45342

Joseph F Bissett, Jr
Amy R Bissett
7 S Sycamore St
Stewartstown PA 17363

I certify under penalty of perjury that the foregoing is true and correct.


Date: February 23, 2023                                     /s/ Liz Joyce
                                                                               Office of the Standing Chapter 13 Trustee
                                                                               Jack N. Zaharopoulos
                                                                               Suite A, 8125 Adams Dr.
                                                                               Hummelstown, PA 17036
                                                                               Phone: (717) 566-6097
                                                                               email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00983    JOSEPH F. BISSETT, JR.

**PNC BANK**  
ATTN: BANKRUPTCY DEPT  
3232 NEWMARK DRIVE  
MIAMISBURG, OH  45342-

Sequence: 24  
Modify:  
Filed Date:  
Hold Code:

Acct No: 7 S Sycamore- PRE-ARREARS

ARREARS PER COURT - 7 S SYCAMORE

| | | Debt: | $40,047.84 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $167,549.98 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $40,047.84 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **PNC BANK** | | | | | | | |
| 520-0 | PNC BANK | | 02/15/2023 | 2022100 | $251.44 | $0.00 | $251.44 | |
| 520-0 | PNC BANK | | 01/18/2023 | 2021096 | $680.76 | $0.00 | $680.76 | |
| 520-0 | PNC BANK | | 12/13/2022 | 2020102 | $680.76 | $0.00 | $680.76 | 12/20/2022 |
| 520-0 | PNC BANK | | 11/16/2022 | 2019147 | $680.76 | $0.00 | $680.76 | 12/07/2022 |
| 520-0 | PNC BANK | | 10/18/2022 | 2018115 | $680.76 | $0.00 | $680.76 | 10/25/2022 |
| 520-0 | PNC BANK | | 09/13/2022 | 2017044 | $718.09 | $0.00 | $718.09 | 09/20/2022 |
| 520-0 | PNC BANK | | 08/17/2022 | 2016041 | $718.09 | $0.00 | $718.09 | 08/24/2022 |
| 520-0 | PNC BANK | | 07/13/2022 | 2014968 | $718.09 | $0.00 | $718.09 | 07/20/2022 |
| 520-0 | PNC BANK | | 06/14/2022 | 2014000 | $668.32 | $0.00 | $668.32 | 06/21/2022 |
| 520-0 | PNC BANK | | 05/17/2022 | 2012969 | $668.32 | $0.00 | $668.32 | 05/24/2022 |
| 520-0 | PNC BANK | | 04/12/2022 | 2011889 | $668.32 | $0.00 | $668.32 | 04/19/2022 |
| 520-0 | PNC BANK | | 03/16/2022 | 2010870 | $668.32 | $0.00 | $668.32 | 03/23/2022 |
| 520-0 | PNC BANK | | 02/16/2022 | 2009877 | $668.32 | $0.00 | $668.32 | 02/23/2022 |
| 520-0 | PNC BANK | | 01/19/2022 | 2008906 | $668.32 | $0.00 | $668.32 | 01/26/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PNC BANK | | 12/15/2021 | 2007893 | $668.32 | $0.00 | $668.32 | 12/23/2021 |
| 520-0 | PNC BANK | | 11/16/2021 | 2006872 | $668.32 | $0.00 | $668.32 | 11/23/2021 |
| 520-0 | PNC BANK | | 10/14/2021 | 2005841 | $668.32 | $0.00 | $668.32 | 10/20/2021 |
| 520-0 | PNC BANK | | 09/14/2021 | 2004793 | $688.08 | $0.00 | $688.08 | 09/20/2021 |
| 520-0 | PNC BANK | | 08/18/2021 | 2003793 | $688.08 | $0.00 | $688.08 | 08/25/2021 |
| 520-0 | PNC BANK | | 07/14/2021 | 2002721 | $688.08 | $0.00 | $688.08 | 07/21/2021 |
| 520-0 | PNC BANK | | 06/16/2021 | 2001744 | $688.08 | $0.00 | $688.08 | 06/22/2021 |
| 520-0 | PNC BANK | | 05/18/2021 | 2000745 | $666.12 | $0.00 | $666.12 | 05/27/2021 |
| 520-0 | PNC BANK | | 04/15/2021 | 1229361 | $666.12 | $0.00 | $666.12 | 04/21/2021 |
| 520-0 | PNC BANK | | 03/17/2021 | 1228352 | $666.12 | $0.00 | $666.12 | 03/25/2021 |
| 520-0 | PNC BANK | | 02/17/2021 | 1227333 | $666.12 | $0.00 | $666.12 | 02/24/2021 |
| 520-0 | PNC BANK | | 01/19/2021 | 1226318 | $1,332.24 | $0.00 | $1,332.24 | 01/27/2021 |
| 520-0 | PNC BANK | | 12/10/2020 | 1224533 | $666.12 | $0.00 | $666.12 | 12/16/2020 |
| 520-0 | PNC BANK | | 10/15/2020 | 1222757 | $658.80 | $0.00 | $658.80 | 10/21/2020 |
| 520-0 | PNC BANK | | 09/17/2020 | 1221765 | $658.80 | $0.00 | $658.80 | 09/24/2020 |
| 520-0 | PNC BANK | | 08/12/2020 | 1220704 | $1,317.60 | $0.00 | $1,317.60 | 08/19/2020 |
| 520-0 | PNC BANK | | 07/07/2020 | 1219662 | $658.80 | $0.00 | $658.80 | 07/15/2020 |
| 520-0 | PNC BANK | | 05/06/2020 | 1217660 | $658.80 | $0.00 | $658.80 | 05/13/2020 |
| 520-0 | PNC BANK | | 04/14/2020 | 1216648 | $682.96 | $0.00 | $682.96 | 04/21/2020 |
| 520-0 | PNC BANK | | 03/12/2020 | 1215368 | $682.96 | $0.00 | $682.96 | 03/19/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PNC BANK | | 02/13/2020 | 1214057 | $682.96 | $0.00 | $682.96 | 02/20/2020 |
| 520-0 | PNC BANK | | 01/16/2020 | 1212709 | $682.96 | $0.00 | $682.96 | 01/22/2020 |
| 520-0 | PNC BANK | | 12/12/2019 | 1211342 | $1,365.92 | $0.00 | $1,365.92 | 12/18/2019 |
| 520-0 | PNC BANK | | 10/10/2019 | 1208817 | $713.70 | $0.00 | $713.70 | 10/17/2019 |
| 520-0 | PNC BANK | | 09/26/2019 | 1207712 | $1,362.98 | $0.00 | $1,362.98 | 10/03/2019 |
| 520-0 | PNC BANK | | 08/07/2019 | 1206223 | $180.09 | $0.00 | $180.09 | 08/15/2019 |
| 520-0 | PNC BANK | | 07/11/2019 | 1204874 | $1,362.98 | $0.00 | $1,362.98 | 07/18/2019 |
| 520-0 | PNC BANK | | 06/06/2019 | 1203472 | $681.49 | $0.00 | $681.49 | 06/12/2019 |
| 520-0 | PNC BANK | | 04/11/2019 | 1200838 | $997.49 | $0.00 | $997.49 | 04/17/2019 |
| 520-0 | PNC BANK | | 03/12/2019 | 1199461 | $8,139.76 | $0.00 | $8,139.76 | 03/19/2019 |

Sub-totals: $40,047.84   $0.00   $40,047.84

Grand Total: $40,047.84   $0.00