United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00983-HWV
Joseph F. Bissett, Jr.  Chapter 13
Amy R Bissett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 21, 2023     Form ID: 3180W     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph F. Bissett, Jr., Amy R Bissett, 7 S. Sycamore Lane, Stewartstown, PA 17363-4139 |
| 5033384 | + | PNC Mortgage, 6 North Main Street, Dayton, OH 45402-1908 |
| 5033386 | | Weinstein Pinson & Riley PS, PO Box 3978, Seattle, WA 98124-3978 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5033378 | | EDI: CITICORP.COM | Feb 22 2023 00:14:00 | Citibank SD, NA, Attn.: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195 |
| 5033380 | + | EDI: CITICORP.COM | Feb 22 2023 00:14:00 | DSNB Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 5033379 | | EDI: DISCOVER.COM | Feb 22 2023 00:14:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5035644 | | EDI: DISCOVER.COM | Feb 22 2023 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5033381 | ^ | MEBN | Feb 21 2023 19:10:59 | Financial Recoveries, PO BOx 1388, Mount Laurel, NJ 08054-7388 |
| 5033382 | + | Email/Text: bankruptcy@firstfinancial.org | Feb 21 2023 19:14:00 | First Financial FCU of MD, 1215 York Road, Lutherville, MD 21093-6207 |
| 5033377 | | EDI: JPMORGANCHASE | Feb 22 2023 00:14:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 5033383 | + | Email/Text: notices@burt-law.com | Feb 21 2023 19:14:00 | Law Offices of Burton Neil & Assocs, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 5056737 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 21 2023 19:14:00 | PNC Bank, National Association, Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5035320 | | EDI: PENNDEPTREV | Feb 22 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5035320 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2023 19:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5033385 | + | EDI: CITICORP.COM | Feb 22 2023 00:14:00 | Sears / CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor PNC BANK National Association pamb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank NA tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association tomysong0@gmail.com |
| Thomas G. Masciocchi | on behalf of Debtor 1 Joseph F. Bissett Jr. tmasciocchi@keaveneylegalgroup.com, atruss@keaveneylegalgroup.com;ccassie@KeaveneyLegalGroup.com;r46514@notify.bestcase.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com |
| Thomas G. Masciocchi | on behalf of Debtor 2 Amy R Bissett tmasciocchi@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;ccassie@KeaveneyLegalGroup.com;r46514@notify.bestcase.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph F. Bissett Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4220 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Amy R Bissett <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9281 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-00983-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph F. Bissett Jr.            Amy R Bissett

**By the court:**

2/21/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**