United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                            Case No. 18-00983-HWV
Joseph F. Bissett, Jr.                            Chapter 13
Amy R Bissett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 18, 2023     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Joseph F. Bissett, Jr., Amy R Bissett, 7 S. Sycamore Lane, Stewartstown, PA 17363-4139

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian C Nicholas
     on behalf of Creditor PNC BANK National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian C Nicholas
     on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Jerome B Blank
     on behalf of Creditor PNC BANK National Association pamb@fedphe.com

Michael Patrick Farrington
     on behalf of Creditor PNC BANK National Association mfarrington@kmllawgroup.com

Thomas Song
     on behalf of Creditor PNC Bank National Association tomysong0@gmail.com

Thomas Song
    on behalf of Creditor PNC Bank NA tomysong0@gmail.com

Thomas G. Masciocchi
    on behalf of Debtor 1 Joseph F. Bissett Jr. tmasciocchi@keaveneylegalgroup.com,
    atruss@keaveneylegalgroup.com;ccassie@KeaveneyLegalGroup.com;r46514@notify.bestcase.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com

Thomas G. Masciocchi
    on behalf of Debtor 2 Amy R Bissett tmasciocchi@keaveneylegalgroup.com
    atruss@keaveneylegalgroup.com;ccassie@KeaveneyLegalGroup.com;r46514@notify.bestcase.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joseph F. Bissett Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:18−bk−00983−HWV |
| Amy R Bissett, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−4220    xxx−xx−9281

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 18, 2023

**fnldec** (01/22)